**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 26-cv-00686-RMR

PEDRO ENRIQUE ZAYAS RODRIGUEZ,

      Petitioner,

v.

JUAN BALTASAR, in his official capacity as Warden, Aurora ICE Processing Center,
TODD LYONS, in his official capacity as Acting Director of Immigration and Customs Enforcement,
KRISTI NOEM, in her official capacity as Secretary of the U.S. Department of Homeland Security, and
PAM BONDI, in her official capacity as Attorney General of the United States,

      Respondents.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to and in accordance with the Order [ECF No. 17] entered by the Honorable Regina M. Rodriguez on June 5, 2026, it is hereby

ORDERED that the First Amended Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 [ECF No. 5] is DENIED. It is

FURTHER ORDERED that this case is closed.

Dated at Denver, Colorado this 26th day of June, 2026.

                FOR THE COURT:

                JEFFREY P. COLWELL, CLERK

                By: s/K. Myhaver

                Kally Myhaver, Deputy Clerk